|        |                              |
|--------|------------------------------|
| **To:** | The Honorable Robert J. Conrad, Jr. |
|        | U.S. District Court Judge    |
| **From:** | Jason M. Kemp              |
|        | U.S. Probation Officer       |
| **Subject:** | Jimmy Bernard Simmons    |
|        | Case Number: 0419 3:00CR00127- 003 |
|        | **REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 9/9/2014                   |



NORTH CAROLINA WESTERN
MEMORANDUM

1. Firearm (Davis Industries Model 32, S/N P182546, Silver in color) CMPD Artie R. Swinton Transferred to Other LE 1 10/23/2013

2. Ammunition (PMC .32 caliber) CMPD Artie R. Swinton Transferred to Other LE 5 10/23/2013

3. Magazine (Davis Industries .32) CMPD Artie R. Swinton Transferred to Other LE 1 10/23/2013

4. Cocaine CMPD Artie R. Swinton Transferred to Other LE 13.1 grams 10/23/2013

5. Marijuana CMPD Artie R. Swinton Transferred to Other LE 23.4 grams 10/23/2013

6. Bank Statements CMPD Artie R. Swinton Transferred to Other LE 2 10/23/2013

7. Misc. ID cards CMPD Artie R. Swinton Transferred to Other LE

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7617, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: 9/9/2014

_____
Robert J. Conrad, Jr.
United States District Judge